UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BUSINESS FOR GOOD, LLC d/b/a CALIFORNIA CLOSETS OF TENNESSEE AND SCHUSTERMAN ENTERPRISES, LLC, <br><br>   Plaintiffs,<br>v.<br><br>HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>   Defendant. | CIVIL ACTION NO.: 3:23-CV-00200 |

## ORDER

  Business for Good, LLC d/b/a California Closets of Tennessee and Schusterman Enterprises, LLC ("Plaintiffs"), and Defendant Hartford Underwriters Insurance Company ("Hartford") agree that all claims in the above-styled action should be dismissed with prejudice, as they have been resolved by agreement of the parties, and each party to bear its own costs. Accordingly, all claims in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**, and each party hereto shall bear its own costs, expenses and fees related to this matter.

  This is a final and appealable Order. The Clerk shall close this file.

  IT IS SO ORDERED.


_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE